Alfredo M. Morales, Esq. [69204]
Law Offices of Morales & Leaños
75 East Santa Clara Street, Suite 250
San José, CA 95113
Tel: (408) 995-5555

Counsel for Robert William Klure

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROBERT WILLIAM KLURE, ) <br> ) <br> Defendant. ) <br> ) | No. CR 10-00173-JF <br><br> STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF STATUS HEARING |

  The parties, by and through their counsel of record, hereby stipulate to the following:

  1. The parties request that the Court continue the status/trial setting hearing presently set for June 24, 2010 to July 22, 2010 at 9:00 a.m.

  2. The parties stipulate and request that the Court find the following as a factual basis for continuing the status conference:

  1) Counsel for defendant Robert William Klure is starting a murder trial in Santa Clara County Superior Court (Case No. 211268) on June 21, 2010 which is expected to be a very lengthy trial. As a consequence, defense counsel is unavailable for the June 24, 2010 status conference. He will however be available on July 22, 2010.

  2) Furthermore, the parties are in ongoing discussions regarding a possible pretrial disposition in this matter. An important aspect of these discussions centers on specific factual issues. Defense counsel needs additional time to further investigate these factual issues in order

1

1 to make an informed decision as to a possible trial or pretrial resolution.

2       3. In light of these facts, the parties agree that the time between June 24, 2010 and July 22, 2010 shall be excludable from the Speedy Trial Act requirements of Title 18, United States Code, Section 3161 pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial specifically based on: (1) the need for continuity of counsel, in that denying the requested continuance would unreasonably deny the defendant continuity of counsel; and (2) the need for defense counsel to have adequate time to complete his pretrial investigation. For these reasons, the parties agree that a continuance is necessary to ensure continuity of counsel and to ensure that counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny defendant effective case preparation pursuant to 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

                                           JOSEPH P. RUSSONIELLO
                                           United States Attorney

June 18, 2010                                      /S/
DATE                                              JEFFREY D. NEDROW
                                           Assistant United States Attorney

June 18, 2010                                      /S/
DATE                                              ALFREDO M. MORALES
                                           Attorney for Robert William Klure

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | FOR THE NORTHERN DISTRICT OF CALIFORNIA | |

UNITED STATES OF AMERICA,   )   NO. CR 10-00173-JF
                                                )
         Plaintiff,   )
                                                )
vs.   )   ORDER CONTINUING STATUS
                                                )   <u>HEARING</u>
ROBERT WILLIAM KLURE,   )
                                                )
         Defendant.   )
_____)

       FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the status hearing in the above-referenced case is continued from at 9:00 a.m.

       The Court finds the time from June 24, 2010 to July 22, 2010 excludable from the Speedy Trial Act requirements of Title 18, United States Code, Section 3161 pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv). The Court finds that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial specifically based on (1) the need for continuity of counsel, in that denying the requested continuance would unreasonably deny the defendant continuity of counsel and (2) the need for defense counsel to have adequate time to complete his pretrial investigation. For these reasons, the parties agree that a continuance is necessary to ensure continuity of counsel and to ensure that counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny defendant effective case preparation pursuant to 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

DATE: 6/22/10                _____
                                    JEREMY FOGEL
                                    UNITED STATES DISTRICT JUDGE