Alfredo M. Morales [SBN 69204]
Law Offices of Morales & Leaños
75 E. Santa Clara Street, Ste 250
San José, California 95113
Telephone: (408) 294-5400

Attorney For Defendant
Robert Klure

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT KLURE,<br><br>Defendant. | No. CR 10 00173<br><br>STIPULATION AND [PROPOSED]<br>ORDER RE CONTINUANCE OF<br>STATUS HEARING |

The parties, by and through their counsel of record, hereby stipulate to the following:

1. The parties request that the Court continue the status/trial setting hearing presently set for September 16, 2010 to November 4, 2010 at 9:00 a.m.

2. The parties stipulate and request that the Court find the following a factual basis for continuing the status conference:

    (1) Counsel for defendant Robert William Klure is currently involved in a murder trial in Santa Clara County Superior Court (Case No. 211268). As a consequence, defense counsel is unavailable for September 16, 2010 status conference. He will however anticipates being available on November 4, 2010.

    (2) Furthermore, the parties are in ongoing discussions regarding a possible pretrial disposition in this matter. A resolution of this case is complicated by a previously resolved Supervised Release Revocation Hearing in U.S. District Court Case # 3:01-cr-00026-SI which relates to the underlying facts in this prosecution and an ongoing civil action (Santa Clara County

Superior Court Case No. 1-07-CV-086862) which also relates to the underlying facts in this prosecution. Both Counsel need time to consider and evaluate the specific terms of the Plea Agreement in light of the ongoing civil litigation and the resolution entered into in the aforementioned revocation hearing.

(3) In light of these facts, the parties agree that the time between September 16, 2010 and November 4, 2010 shall be excludable from the from the Speedy Trial Act requirements of Title 18, United States Code, Section 3161 pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial specifically based on (1) the need for continuity of counsel, in that denying the requested continuance would unreasonably deny the defendant continuity of counsel; and (2) the need for defense counsel to have adequate time to complete his pretrial investigation. For these reasons the parties agree that a continuance is necessary to ensure continuity of counsel and to ensure that counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny defendant effective case preparation pursuant to 18 U.S.C.§316(h)(8)(A) and 316 (h)(8)(B)(iv).

MELINDA HAAG
United States Attorney

DATED: September 3, 2010  /S/
JEFFREY D. NEDROW
Assistant United States Attorney

DATED: September 3, 2010  /S/
ALFREDO M. MORALES
Attorney for Robert Klure

STIPULATION AND ORDER RE CONTINUANCE OF STATUS HEARING        2

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10 00173 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER CONTINUING STATUS HEARING |
| ROBERT KLURE, | ) ) | |
| Defendant. | ) ) | |

FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the status hearing in the above-referenced case is continued from September 16, 2010 to November 4, 2010 at 9:00 a.m.

The Court finds the time from September 16, 2010 to November 4, 2010 excludable from the Speedy Trial Act requirements of Title 18, United States Code Section 3161 pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and 3161(h)(8)(B)(iv). The Court finds that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests fo the public and the defendant in an earlier trial specifically based on (1) the need for continuity of counsel, in that denying the requested continuance would unreasonably deny the defendant continuity of counsel and (2) the need for defense counsel to have adequate time to complete his pretrial investigation. For these reasons, the parties agree that a continuance is necessary to ensure continuity of counsel and to ensure that counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny defendant effective case preparation pursuant to 18 U.S.C. §3161(h)(8)(A) and 3161(h)(8)(B)(iv).

DATE: 9/8/10

HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE CONTINUANCE OF STATUS HEARING     3