Jeane DeKelver (CABN 111394)
4960 Almaden Expressway #208
San Jose, CA 95118
408.307.5800
JeaneJD@comcast.net

Attorney for Robert Klure

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00173 JF |
| Plaintiff, | ) ) | [PROPOSED] ORDER RESCHEDULING STATUS CONFERENCE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT [18 U.S.C. § 3161(h)(8)(A)] |
| v. | ) ) | |
| ROBERT KLURE, | ) ) ) | |
| Defendant. | ) ) ) | |

This matter is currently set for status on March 31, 2011. The parties jointly request that the March 31, 2011 hearing date be reset to May 5, 2011 as the Assistant U.S. Attorney is currently in trial and the parties need time to continue negotiations of a proposed plea agreement. The parties agree, and the Court finds and holds as follows:

1. The currently scheduled March 31, 2011 hearing date is hereby vacated.

2. This matter is set for status on May 5, 2011 at 9:00 a.m.

Stipulation and [Proposed] Order CR-10-00173 JF

3. The time between March 31, 2011 and May 5, 2011 is excluded under the Speedy Trial Act. The parties agree that the failure to grant the requested continuance would unreasonable deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that the ends of justice are served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A).

STIPULATED:

DATED: _____    /s/ _____
Jeane DeKelver
Attorney for Robert Klure

DATED: _____    /s/ _____
Jeff Nedrow
Assistant United States Attorney

IT IS SO ORDERED.
DATED: 3/29/11    _____
Jeremy Fogel
United States District Judge

Stipulation and [Proposed] Order CR-10-00173 JF