1  Jeane DeKelver (CABN 111394)
2  4960 Almaden Expressway #208
   San Jose, CA 95118
3  408.307.5800
   JeaneJD@comcast.net

4  Attorney for Robert Klure

5

6            IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                     SAN JOSE DIVISION

9

10 | UNITED STATES OF AMERICA, ) No. CR-10-00173 JF
11 |         Plaintiff,        ) [PROPOSED] ORDER
12 |    v.                     ) RESCHEDULING STATUS
                               ) CONFERENCE AND
13 | ROBERT KLURE,             ) EXCLUDING TIME FROM THE
                               ) SPEEDY TRIAL ACT
14 |                           ) [18 U.S.C. § 3161(h)(8)(A)]
15 |         Defendant.        )
                               )
16

17     This matter is currently set for status on May 5, 2011. The parties

18 jointly request that the May 5, 2011 hearing date be reset to May 26, 2011 to

19 allow the parties time to finalize negotiations of a proposed plea agreement.

20 The parties agree, and the Court finds and holds as follows:

21     1.   The currently scheduled May 5, 2011 hearing date is hereby

22 vacated.

23     2.   This matter is re-set for status to ~~May 26~~, June 9, 2011 at 9:00 a.m.

24     3.   The time between May 5, 2011 and ~~May 26~~, June 9, 2011 is excluded

25 under the Speedy Trial Act. The parties agree that the failure to grant the

Stipulation and [Proposed] Order CR-10-00173 JF

1  requested continuance would unreasonable deny defense counsel reasonable
2  time necessary for effective preparation, taking into account the exercise of due
3  diligence. <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that the ends of
4  justice are served by granting the continuance outweigh the best interest of the
5  public and the defendant in a speedy trial and in the prompt disposition of
6  criminal cases. <u>See</u> 18 U.S.C. § 3161(h)(8)(A).

7  STIPULATED:

8  DATED:    4/21/11                             /s/
                                         Jeane DeKelver
9                                        Attorney for Robert Klure

11 DATED:    4/21/11                             /s/
                                         Jeff Nedrow
12                                       Assistant United States Attorney

14 IT IS SO ORDERED.
   DATED:  5/4/11
15                                       Jeremy Fogel
16                                       United States District Judge

Stipulation and [Proposed] Order CR-10-00173 JF