1  Jeane DeKelver (CABN 111394)
   4960 Almaden Expressway #208
2  San Jose, CA 95118
   408.307.5800
3  JeaneJD@comcast.net

4  Attorney for Robert Klure

5

6              IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                      SAN JOSE DIVISION

9

10  UNITED STATES OF AMERICA,      )   No. CR-10-00173 JF
                                   )
11          Plaintiff,             )   [PROPOSED] ORDER
                                   )   RESCHEDULING STATUS
12      v.                         )   CONFERENCE AND
                                   )   EXCLUDING TIME FROM THE
13  ROBERT KLURE,                  )   SPEEDY TRIAL ACT
                                   )   [18 U.S.C. § 3161(h)(8)(A)]
14                                 )
            Defendant.             )
15                                 )
                                   )
16

17         This matter is currently set for status on June 9, 2011. This a joint

18  request by the parties that the June 9, 2011 hearing date be reset to June 30,

19  2011 to allow the parties time to finalize negotiations of a proposed plea

20  agreement. The parties agree, and the Court finds and holds as follows:

21         1.     The currently scheduled June 9, 2011 hearing date is hereby

22  vacated.

23         2.     This matter is re-set for status to June 30, 2011 at 9:00 a.m.

24         3.     The time between June 9, 2011and June 30, 2011 is excluded

25  under the Speedy Trial Act. The parties agree that the failure to grant the

Stipulation and [Proposed] Order CR-10-00173 JF

1  requested continuance would unreasonable deny defense counsel reasonable

2  time necessary for effective preparation, taking into account the exercise of due

3  diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that the ends of

4  justice are served by granting the continuance outweigh the best interest of the

5  public and the defendant in a speedy trial and in the prompt disposition of

6  criminal cases. See 18 U.S.C. § 3161(h)(8)(A).

7  STIPULATED:

8  DATED:     6/3/2011                    _____/s/_____
                                          Jeane DeKelver
9                                         Attorney for Robert Klure

10

11 DATED:     6/3/2011                    _____/s/_____
                                          Jeff Nedrow
12                                        Assistant United States Attorney

13

14 IT IS SO ORDERED.
   DATED: 6/8/11                          _____
15                                        Jeremy Fogel
16                                        United States District Judge

17

18

19

20

21

22

23

24

25

Stipulation and [Proposed] Order CR-10-00173 JF