Jeane DeKelver (CABN 111394)
4960 Almaden Expressway #208
San Jose, CA 95118
408.307.5800
JeaneJD@comcast.net

Attorney for Robert Klure

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-10-00173 JF |
| Plaintiff, | [PROPOSED] ORDER RESCHEDULING STATUS CONFERENCE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT |
| v. | [18 U.S.C. § 3161(h)(8)(A)] |
| ROBERT KLURE, | |
| Defendant. | |

This matter is currently set for status on June 30, 2011. This a joint request by the parties that the June 30, 2011 hearing date be reset to August 24, 2011 to allow the parties time to finalize negotiations of a proposed plea agreement. The parties agree, and the Court finds and holds as follows:

1. The currently scheduled June 30, 2011 hearing date is hereby vacated.

2. This matter is re-set for status to August ~~24~~ 25, 2011 at 9:00 a.m.

3. The time between June 30, 2011 and August ~~24~~ 25, 2011 is excluded under the Speedy Trial Act. The parties agree that the failure to grant the

Stipulation and [Proposed] Order CR-10-00173 JF

requested continuance would unreasonable deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that the ends of justice are served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. <u>See</u> 18 U.S.C. § 3161(h)(8)(A).

STIPULATED:

DATED:   6/20/2011                              /s/
                                        Jeane DeKelver
                                        Attorney for Robert Klure


DATED:   6/20/2011                              /s/
                                        Jeff Nedrow
                                        Assistant United States Attorney


IT IS SO ORDERED.
DATED: 6/30/11                          [signature]
                                        Jeremy Fogel
                                        United States District Judge

Stipulation and [Proposed] Order CR-10-00173 JF