Jeane DeKelver (CABN 111394)
4960 Almaden Expressway #208
San Jose, CA 95118
408.307.5800
JeaneJD@comcast.net

Attorney for Robert Klure

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-10-00173 LHK |
| Plaintiff, | [~~PROPOSED~~] ORDER RESCHEDULING STATUS CONFERENCE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT |
| v. | |
| ROBERT KLURE, | [18 U.S.C. § 3161(h)(8)(A)] |
| Defendant. | |

This matter is currently set for status on October 5, 2011. This a joint request by the parties that the October 5, 2011 hearing date be reset to October 26, 2011 to allow the parties time to finalize negotiations of a proposed plea agreement. The parties agree, and the Court finds and holds as follows:

1. The currently scheduled October 5, 2011 hearing date is hereby vacated.

2. This matter is re-set for status to October 26, 2011 at 10:00 a.m.

3. The time between October 5, 2011and October 26, 2011 is excluded under the Speedy Trial Act. The parties agree that the failure to grant

Stipulation and [~~Proposed~~] Order CR-10-00173 JF


the requested continuance would unreasonable deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that the ends of justice are served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A).

STIPULATED:

DATED: 9/30/2011

/s/
Jeane DeKelver
Attorney for Robert Klure

DATED: 9/30/2011

/s/
Jeff Nedrow
Assistant United States Attorney

IT IS SO ORDERED.
DATED: 10/5/11

*Lucy H. Koh*
Lucy H. Koh
United States District Judge

Stipulation and [~~Proposed~~] Order CR-10-00173 JF