UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT WILLIAM KLURE,<br><br>    Defendants.<br>_____/ | No. CR 11-00821LHK<br><br>**ORDER RE REQUEST TO SERVE SENTENCE IN HALFWAY HOUSE** |

    At the sentencing hearing on April 25, 2012, the Court denied Defendant Klure's request that Defendant Klure's two month sentence be served in a halfway house.  Despite the Court's denial of Defendant Klure's halfway house request, Defendant Klure has reiterated his halfway house request in contacts with the Courtroom Deputy and in his Request to Complete Two Month Sentence in a Halfway House.  Defendant Klure's Request is DENIED.  Defendant Klure shall not make this request again.  Defendant Klure's date for self surrender remains as ordered, June 8, 2012.

    **IT IS SO ORDERED**.

Dated:  May 4, 2012

_____
LUCY H. KOH
United States District Judge