1  Vicki Marolt Buchanan.
   State Bar No. 153318
2  19201 Sonoma Highway, No. 243
   Sonoma, California 92660
3  Telephone: (707) 343-1907
   Facsimile: (707) 343-1771
4  vickimaroltbuchananpc@gmail.com

5  Attorney for Defendant/Appellant
   ROBERT WILLIAM KLURE
6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA          )   Case No.: 5:10-cr-00173-LHK-1
                                     )
11         Plaintiff/Respondent,     )   [~~PROPOSED~~] AMENDED ORDER TO
                                     )   RELEASE SEALED TRANSCRIPTS
12    v.                             )   AND OTHER DOCUMENTS
                                     )
13                                   )
                                     )
14 ROBERT WILLIAM KLURE              )
                                     )
15         Defendant/Appellant       )
                                     )
16

17
         FOR GOOD CAUSE SHOWN, appellate counsel's motion to release seald
18
   transcripts and other documents is granted.
19
         The court reporter is directed to prepare and provide to counsel, Vicki
20
   Marolt Buchanan, contact information provided above with the transcript of the
21
   sealed proceedings of the court dated January 21, 2011, March 11, 2011, and April
22
   18, 2012.
23
         IT IS FURTHER ORDERED Ms. Buchanan is authorized obtain copies of
24
   the sealed documents No. 63-73 and 79.
25
         DATED: 9/6/12
26

27                              _____
                                LUCY H. KOH
28

UNITED STATES DISTRICT JUDGE